UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
Eastern Division

Kisu Seo
                        Plaintiff,

v.                                                  Case No.: 1:19−cv−03248
                                                         Honorable Mary M. Rowland

H Mart Midwest Corp., et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 3, 2019:

      MINUTE entry before the Honorable Mary M. Rowland: Status and motion hearing held. Plaintiff requests to conduct limited discovery prior to responding to defendant's motion to dismiss. Discovery sought is limited to whether defendants are joint employers of Plaintiff specifically, decision regarding his hiring, his training in CA, his being assigned to work at locations in MI and IL. Plaintiff to issue narrowly tailored discovery requests to Defendants by 12/17/19. Defendants to respond by 1/17/20. The following briefing is set on Defendant's motion to dismiss [34]: Plaintiff's response is due 2/7/20. Defendant's reply is due 2/21/20. The Court will rule by mail. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.